CHECKER CAB CO., a corporation, Appellant,

v.

Bernard N. BLAUSTEIN and Aetna Casualty & Surety Co., Appellees.

No. 2334.

Municipal Court of Appeals for the District of Columbia.

Argued Feb. 9, 1959.

Decided April 21, 1959.

Carl D. Hevener, Washington, D. C., with whom Charles Jay Pilzer and Harvey A.

Jacobs, Washington, D. C., were on the brief, for appellant.

Daniel T. Donohoe, Washington, D. C., for appellees.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

This appeal grows out of a claim and counterclaim for damages resulting from a collision between two automobiles. We find no error affecting substantial rights.

Affirmed.